IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| VENDETTA NAGASK CECE-JACKOWIAK AKA; DBA NOEL ALEXIS KAPETANAKOS OF MEDICAL AUXILIARY NETWORK, <br><br> Plaintiff, <br><br> v. <br><br> KONSTANTINOS P. KAPETANAKOS, GREGORY P. KAPETANAKOS, THE CITY OF DES PLAINES, ILLINOIS, JOSEPH SPELLONE (SPALLONE), and CAROL DOUGHERTY, <br><br> Defendants. | Case No. 15 C 354 <br> Court of Appeals Case No. 15-1603 |

## MEMORANDUM OPINION AND ORDER

On June 17, 2015 our Court of Appeals issued this one-sentence order in the appeal that Vendetta Nagask Cece-Jackowiak ("Vendetta") had taken from this Court's dismissal of the above-captioned District Court action for lack of federal subject matter jurisdiction:

> This cause, docketed on March 19, 2015, is **DISMISSED** for failure to timely pay the required docketing fee, pursuant to Circuit Rule 3(b).

Now, just short of two weeks later, Vendetta has again emulated the Energizer Bunny[1] by submitting still another bulky stack of paper (this time "only" about 3/4 of an inch thick) that is just as impenetrable as Vendetta's earlier submissions in this case (as to which see the discussions in this Court's memorandum orders issued January 20, February 18 and March 23, 2015).

---

[1] As the commercials by the manufacturer of the Energizer battery say about their cartoon-character Bunny and hence about their product:

> It keeps going and going.

Fortunately it is unnecessary to waste time and effort in plowing through Vendetta's really unintelligible submission. Even though the pages of her current motion carry the legend "Motion To Reinstate and Reopen Administratively Closed Case" at the foot of each page, the motion itself concludes with this prayer for relief:

> A. WHEREFORE, the Plaintiff respectfully prays for the requested orders that this Court grant the following:
>
> 1. That this Court grant the Plaintiff's Application Affidavit To Sue and Defend As An Indigent Person for the Third Municipal District Circuit Court of Cook County case number 2014L063016.
>
> 2. That this Court grant the Plaintiff's Motion for leave to enter an Order to Reopen the Third Municipal District Circuit Court of Cook County case number 2014L063016.
>
> 3. That this Court grant the Plaintiff's Motion for leave to File her Appearance through granting the Plaintiff's Application Affidavit To Sue and Defend As An Indigent Person To the Third Municipal District Circuit Court of Cook County case number 2014L063016.
>
> 4. That this Court enter anything else this Court deems just and equitable.

Simply put, none of the powers that Congress has conferred on the federal courts (which are courts of limited jurisdiction in that regard) extends to such oversight -- to say nothing of control -- of the manner in which state courts administer their own judicial business. Accordingly Vendetta's motion is flat-out denied.

                                                       _____
                                                       Milton I. Shadur
                                                       Senior United States District Judge

Date: July 2, 2015